# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL No. 1871<br>: 07-md-1871 |
| THIS DOCUMENT APPLIES TO:<br>*Hassan v. GSK* | :<br>: 11-cv-1029 |

## ORDER

**AND NOW**, this 20th day of January 2017, upon consideration of Defendant's Motion to Dismiss the Amended Complaint for Failure to Comply [Doc. No. 29], Defendant's Motion to Quash [Doc. No. 37], Plaintiff's Motion for Leave to File Limited Surreply [Doc. No. 44], Plaintiff's Motion to Compel [Doc. No. 46], and Plaintiff's Motion for Extension of Time [Doc. No. 51], and the responses and replies thereto, it here hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss [Doc. No. 29] is **GRANTED**;

2. Plaintiff's Motion for Extension of Time [Doc. No. 51] is **DENIED**; and

3. Defendant's Motion to Quash [Doc. No. 37], Plaintiff's Motion for Leave to File Limited Surreply [Doc. No. 44], and Plaintiff's Motion to Compel [Doc. No. 46] are **DISMISSED AS MOOT**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**